AO 440 (Rev.8/01) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

# United States District Court
## District of Kansas

2007 FEB -2  P 3: 34

RALPH L. DELOACH
CLERK
BY_____, DEPUTY
AT TOPEKA, KS.

DAVID P. HANEY

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-4015-JAR

v.

UNIVERSITY OF KANSAS and RALPH OLIVER, In
His Individual and In His Official Capacity.

TO: (Name and address of defendant)

Ralph Oliver
1501 Crestline Drive
Public Safety Bldg.
Suite 120
Lawrence, KS  66049

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David P. Haney
3550 SE 23rd Terrace
Topeka, Kansas, 66605
PRO SE PLAINTIFF

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RALPH L. DeLOACH, CLERK
U.S. DISTRICT COURT
490 U.S. COURTHOUSE
444 S.E. QUINCY STREET
TOPEKA, KS  66683

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

(BY) DEPUTY CLERK

~~January 24, 2007~~ 01/26/07
DATE

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  01-29-2007 |
| NAME OF SERVER (PRINT)  DAVID P. HANEY | TITLE  PRO SE PIANTIFF |

Check *one* box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by certified mail pursuant to Fed Rule of Civ. Pro. 4(e) and K.S.A. 60-304

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $6.08 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-2-2007
Date

Signature of Server

3550 SE 23rd Terr Topeka KS 66605
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Gaye Nicholson*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Gaye Nicholson   C. Date of Delivery: 1-29-07 |
| 1. Article Addressed to:<br><br>Ralph Oliver<br>KU PUBLIC SAFETY | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 1820 0005 5192 757 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |